

# Fourth Court of Appeals
## San Antonio, Texas

Friday, February 20, 2015

No. 04-14-00393-CR

Asel **ABDYGAPPAROVA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2001CR4918A
Honorable Ron Rangel, Judge Presiding

## O R D E R

On January 20, 2015, appellant's attorney filed a fourth motion for extension of time. In accordance with this court's order of December 29, 2014 and rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, this Court abated this case to the trial court and ordered the trial court to conduct a hearing to answer several questions. In addition, this Court ordered the trial court to file a supplemental clerk's and reporter's records, no later than February 19, 2015, which must include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.

On February 20, 2015, this Court received the supplemental clerk's record, which included the trial court's written findings of fact and conclusions of law. The Trial court found appellant desires to prosecute her appeal, she is indigent and counsel needed more time to review the record. The trial court found appellant's counsel has not abandoned the appeal and no sanctions are necessary. Based upon these findings, the trial court informed this Court appellant's counsel will file appellant's brief on or before March 2, 2015.

Appellant's counsel is ORDERED to file appellant's brief on or before March 2, 2015. Because this is the fifth extension of time in this case, and this court was required to abate the appeal for an abandonment hearing, no further extensions will be allowed. If the brief is not timely filed, this appeal will be abated to the trial court to conduct an abandonment hearing without further notice, and the trial court will be asked to determine whether sanctions against appellant's attorney are appropriate.

_____
Jason Pulliam, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court